UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JACKQULYNE SAVARD,**

      **Plaintiff,**                              CIV. NO. 12-13857

      v.                                    HON. TERRENCE G. BERG

**UNITED STATES STEEL,**           HON. MONA K. MAJZOUB

      **Defendant.**
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND (DKT. 9)

This matter is before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. 9). Defendant has not filed a response in opposition to Plaintiff's motion, and the time to do so has expired. *See* E.D. Mich LR 7.1(e)(2)(B). Thus, Plaintiff's motion is unopposed.

Rule 15(a) provides that leave to amend a pleading should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). There are certain situations, however, in which it is appropriate to deny leave to amend, such as where there is undue delay in filing, a lack of notice and undue prejudice to the nonmoving party, bad faith by the moving party, or when the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962); *Wade v. Knoxville Utilities Bd.*, 259 F.3d 452, 458-59 (6th Cir. 2001). None of these situations are present here.

Accordingly, Plaintiff motion for leave to amend is **GRANTED**. Plaintiff is directed to file her Amended Complaint within seven (7) days of the date of this order.

**SO ORDERED.**

s/Terrence G. Berg
**TERRENCE G. BERG**
**UNITED STATES DISTRICT JUDGE**

**Dated: April 4, 2013**

Certificate of Service
 I hereby certify that this Order was electronically submitted on April 4, 2013, using the CM/ECF system, which will send notification to each party.
s/A. Chubb
**Case Manager**